10 GYM
711 S. AIR DEPOT BLVD
OKLAHOMA CITY OK 73110

A-1 LOAN CO., INC.
331 N. W. 4TH
OKLAHOMA CITY OK 73102

ACCT MANAGEMENT RESIURCES LLC
C/O ACCT MGMT RESOURCES LLC
2915 N. CLASSEN BLVD
OKLAHOMA CITY OK 73106

ACTION COLLECTION SERVICES, INC.
5011 N. ROCKWELL
BETHANY OK 73008

AD ASTRA RECOVERY SERVICES INC.
8918 W 21 STREET N, SUITE 200 PMB 112
WICHITA KS 67205

ADM LAM DERMATOLOGY
C/O CREDIT COLLECTION INC
PO BOX 60607
OKLAHOMA CITY OK 73146

ADVANCE AMERICA
2916 N BROADWAY
POTEAU OK 74953

ADVANCE AMERICA
1001 E STATE HWY 152 #109
MUSTANG OK 73064

ALLIANCE HEALTH MIDWEST
C/O PARAGON REVENUE GROUP
216 LE PHILLIP COURT
CONCORD NC 28025

AMERICAN COLLECTION SERVICE
3100 S. W. 59TH ST.
OKLAHOMA CITY OK 73119

APPROVED LOANS
4704 N. WESTERN
OKLAHOMA CITY OK 73118

ARVEST BANK
P.O. BOX 55500
OKLAHOMA CITY OK 73155

AVEST DIAGNOSTIC
C/O AMC
4 WESTCHESTER PLAZA
ELMSFORD NY 10523

CAC FINANCIAL CORP
2601 NW EPRESSWAY
OKLAHOMA CITY OK 73112

CASH IN A FLASH
4000 S. SUNNYLANE-STE. D
OKLAHOMA CITY OK 73115

CASH IN A FLASH
400 S. SUNNYLANE ROAD
OKLAHOMA CITY OK 73115

CENTRAL STATE RECOVERY
1314 N. MAIN ST.
HUTCHINSON KS 67501

CHECK N GO
C/O GLOBAL TRUST
PO BOX 26244
TAMPA FL 33623

CONSUMER PORTFOLIO SVCS
P. O. BOX 57071
IRVINE CA 92619

COVINGTON CREDIT
1501 S. SUNNYLANE RD.-STE. D
OKLAHOMA CITY OK 73115-3035

COX COMMINICATION
C/O RGS FINANCIAL
1700 JAY ELL DRIVE STE 200
PALESTINE TX 75801

COX COMMUNICATION
C/O AFNI
PO BOX 3097
BLOOMINGTON IL 61702

CREDIT COLLECTION INC.
P. O. BOX 60607
OKLAHOMA CITY OK 73146-0607

DARLA LEWIS
C/O CHRIS KNIGHT
5314 S. YALE AVE SUITE 150
TULSA OK 74135

DEBT RECOVERY SOLUTIONS, LLC
900 MERCHANTS CONCOURSE, SUITE LL-11
WESTBURY NY 11590-5114

DESIGNED RECEIVABLE SOLUTION
1 CENTERPOINTE DRIVE
LA PALMA CA 90623

DEVILLE ASSET MANAGEMENT
1132 GLADE RD.
COLLEYVILLE TX 76034

DIAGNOSTIC IMAGING
C/O TAB SERVICES
P. O. BOX 60566
OKLAHOMA CITY OK 73146

DIGESTIVE DISEASE SPECIALIST
P O BOX 7316
EDMOND OK 73083-7316

EASTERN OKLAHOMA MEDICAL CENTER
105 S WALL STREET
POTEAU OK 74953

EMERGENCY PHYSICIANS OF OK
C/O MIDWEST RECOVERY SYSTEMS
2745 W CLAY ST STE A
ANNADA MO 63330

EQUINOX COLLECTION SERVICE
10159 E 11TH ST STE 500
TULSA OK 74128

FORT SMITH HMA PHYSICIAN MGMT.
C/O DESIGNED RECEIVABLE SOLUTIONS
1 CENTERPOINTE DR.
SUITE 450
LA PALMA CA 90623

INTEGRIS BAPTIST
3300 NW EXPRESSWAY
OKLAHOMA CITY OK 73112

INTEGRIS SW MEDICAL CENTER
P.O. BOX 268908
OKLAHOMA CITY OK 73126

KENWOOD CORP
2104 N BROADWAY
POTEAU OK 74953

LAB CORP OF AMERICA
C/O AMCA
4 WESTCHESTER PLAZA BUILDING 4
ELMSFORD NY 10523

LAB CORP OF AMERICA
C/OCENTRAL CREDIT SERIVES LLC
9550 REGENCY SQUARE BLVD, SUITE 500
JACKSONVILLE FL 32225

LEND UP
237 KEARNY ST # 372
SAN FRANCISCO CA 94108

LOYAL LOANS
832 N. W. 12TH ST.
OKLAHOMA CITY OK 73160

LOYAL LOANS LLC
823 NW 12TH STREET
OKLAHOMA CITY OK 73160

MAVRICK FINANCE
2119 N BROADWAY STREET
POTEAU OK 74953

MCCURTAIN MEMORIAL HOSPITAL
C/O EQUINOX COLLECTION SERV.
10159 E. 11TH ST.-STE. 500
TULSA OK 74128

MEDICREDIT CORPORATION
PO BOX 1629
MARYLAND HEIGHTS MO 63043

MERCY CLINIC
C/O RECEIVABLE SOLUTIONS INC
PO BOX 206153
ADDINGTON OK 73520

MIDWEST RECOVERY SYSTEMS
6324 HODGSON RD
CIRCLE PINES MN 55014

MODERN LOAN CO.
309 S. W. 59TH
OKLAHOMA CITY OK 73109

MOORE MEDICAL CENTER
C/O EMERGENCY PHYSICIANS OF OK
PO BOX 740022
OH 45276

MUSTANG LOANS
1337 E. STATE HWY 152-STE. 113
MUSTANG OK 73064

MUSTANG LOANS
CORPORATE OFFICE
P. O. BOX 54886
OKLAHOMA CITY OK 73154

NES OKLAHOMA
C/O DEBT RECOVERY SOLUTIONS
68100 JERICHO TURNPIKE STE 113E
SYOSSET NY 11791

NORMAN REGIONAL HEALH SYSTEM
C/O CAC FINANCIAL CORP
2601 NW EXPRESSWAY SUITE 1000E
OKLAHOMA CITY OK 73112

OKLAHOMA TAX COMMISSION
P.O. BOX 26940
OKLAHOMA CITY OK 73126

PARAGON REVENUE GROUP
P.O. BOX 127
CONCORD NC 28026

RADIOLOGY SERVICES OF FT. SMITH
C/O ACTION REVENUE
910 BRES AVE
MONROE LA 71201

RED RIVER CREDIT
P.O. BOX 130
357 JACOB STREET
TIMPSON TX 75975

SANTANDER CONSUEMER USA
PO BOX 961245
TERRELL TX 75161

SECURITY FINANCE
2123 N BROADWAY
TYRONE OK 73951

SPEEDY CASH
P. O. BOX 780408
WICHITA KS 67278

ST. ANTHONY
C/O MEDICREDIT CORPORATION
P.O. BOX 1629
MARYLAND HEIGHTS MO 63043

SUN LOAN COMPANY
104 S. CRAWFORD AVE.
NORMAN OK 73069

SUN LOANS
1200 AIR DEPOT BLVD.
STE. V
OKLAHOMA CITY OK 73110

TAB SERVICES
1754 UTICA SQUARE
P. O. BOX 52039
TULSA OK 74152-0039

TOWER LOAN
1337 E HWY 152
MUSTANG OK 73064

TOWER LOANS
1337 E HWY 152 STE 105
MUSTANG OK 73064

TULSA ADJSUTMENT BUREAU
1754 UTICA SQ-#283
TULSA OK 74114

VISION SOURCE
C/O AMR
PO BOX 44069
OKLAHOMA CITY OK 73144

WESTERN SHAMROCK
801 S ABE STREET
SAN ANGELO TX 76903